IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| CHIP HACKLEY | : | CRIMINAL NO. 2018-22 |
| | : | |

## **ORDER**

    AND NOW, this 28th day of February, 2020, IT IS ORDERED, that any motions, filings, or memoranda related to the sentencing of the above captioned Defendant be submitted to the Court no later than March 19, 2020 by 1:00 p.m., or one week before any sentencing date. Any such filings made after this date may not be accepted and will likely result in the continuance of the matter. If Defendant does not intend to submit a sentencing memorandum, Defendant shall notify the Court in writing no later than March 19, 2020 by 1:00 p.m., or one week before any sentencing date. Sentencing is scheduled to take place on March 26, 2020 at 2:00 p.m.

    It is further ORDERED that, in the event Defendant seeks a variance or departure, Defendant shall employ those terms in accordance with the Third Circuit's opinion in U.S. v. Jackson, 467 F.3d 834, 837 n. 2 (3d Cir. 2006).

IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, Judge