IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 9/17/2020 |
| v. | : | |
| CHIP HACKLEY | : | CRIMINAL NO. 2018-22 |

## NOTICE

**TAKE NOTICE** that the Sentencing scheduled to take place on September 24, 2020 will take place at 10:00 a.m. via VIDEOCONFERENCE before the Honorable Paul S. Diamond.

*Any motions, filings, or memoranda related to the sentencing of the above captioned Defendant shall be submitted to the Court **no later than one week before the sentencing date**. Any requests for continuances **may be filed by letter.***

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,
/s/

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Amy B. Carver, Defense
Catherine M. Recker, Defense
Patrick Joseph Murray, A.U.S.A.
U.S. Marshal
George H. McGary, Probation
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)